```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF FLORIDA
        TAMPA DIVISION
```

CHARLES BOWEN, *et al.*,

    Plaintiffs,

v.                      Case No.: 8:09-cv-1292-T-33TGW

FDIC,

    Defendant.

_____/

**ORDER**

The Plaintiffs' Notice of Voluntary Dismissal without Prejudice (Doc. 4) is before the Court for consideration. Plaintiffs seek an order dismissing this case without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, it is

**ORDERED**, **ADJUDGED** and **DECREED** that:

This case is **DISMISSED** without prejudice. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 9th day of September 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record